No. 727. NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY *v.* V. C. PICKERING, ADMINISTRATOR, ETC.  January 14, 1924.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Mr. Sam P. Maddox* for petitioner.  *Mr. John D. Little,*
*Mr. Arthur Gray Powell, Mr. Marion Smith* and *Mr. Max*
*F. Goldstein* for respondent.